**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MARCH 8, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD78118 | James Randolph vs. Greg Jones, et al |
| WD78717 | Three Rivers Diving, Inc. vs. Missouri Division of Employment Security |



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD78368 | State of Missouri vs. Eric L. Oliver |
| WD78468 | State of Missouri vs. Jeremy Jason Jennings |